DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of S.B. and R.S., children.

_____

C.Q.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2024-0547

_____

July 26, 2024

Appeal from the Circuit Court for Manatee County; Gilbert Smith, Jr., Judge.

Octavia Brown of Community Law for Families and Children, PLLC, Tampa, for Appellant.

Karla Perkins, Appellate Counsel, Miami, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Appellate Division, Statewide Guardian Ad Litem Office, Tallassee, for Appellee Guardian Ad Litem Office.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.